UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:20-CR-185-PPS-APR |
| ) | |
| HERMAN JONES, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to Defendant Herman Jones's agreement to enter a plea of guilty to Count 1 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 16.] Following a hearing on the record on May 3, 2021 [DE 21], Judge Rodovich found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty; and that defendant's change of plea hearing could not be delayed without serious harm to the interests of justice. Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Both parties waived any objection to Judge Rodovich's findings and recommendation. [DE 21.]

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning Defendant Herman Jones's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 21] in their entirety.

Defendant Herman Jones is adjudged GUILTY of Count 1 of the Indictment.

The sentencing hearing is set for August 5, 2021 at 1:30 p.m. Hammond/Central time.

SO ORDERED.

ENTERED: May 4, 2021.

    /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT